944

No. 89–1607. BLUE CROSS OF CALIFORNIA *v.* HUGHES. Ct. App. Cal., 1st App. Dist. Certiorari dismissed under this Court's Rule 46.

No. 89–1335. RECAREY *v.* UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. — – ——. WEBB *v.* THOMAS, DIRECTOR, HAMILTON COUNTY DEPARTMENT OF HUMAN SERVICES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–823. IN RE DISBARMENT OF WINTER. Disbarment entered. [For earlier order herein, see 493 U. S. 950.]

No. D–838. IN RE DISBARMENT OF ADELMAN. Disbarment entered. [For earlier order herein, see 493 U. S. 972.]

No. D–840. IN RE DISBARMENT OF PEMBERTON. Disbarment entered. [For earlier order herein, see 493 U. S. 973.]

No. D–853. IN RE DISBARMENT OF JONES. Motion to dismiss the disciplinary proceedings granted. The rule to show cause, heretofore issued on January 16, 1990 [493 U. S. 1040], is hereby discharged.

No. D–860. IN RE DISBARMENT OF HIPP. Disbarment entered. [For earlier order herein, see 493 U. S. 1067.]

No. D–861. IN RE DISBARMENT OF EISENBERG. Disbarment entered. [For earlier order herein, see 493 U. S. 1067.]

No. D–864. IN RE DISBARMENT OF ROCKER. Disbarment entered. [For earlier order herein, see 494 U. S. 1001.]

No. D–867. IN RE DISBARMENT OF DIGGES. Disbarment entered. [For earlier order herein, see 494 U. S. 1002.]